# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARK MOORE**, an individual, | Case No. 3:20-cv-01962-IM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **SPECIALIZED LOAN SERVICING, LLC; WF VICTORIA GRANTOR TRUST 2016-3;WATERFALL ASSET MANAGEMENT, LLC**; and **U.S. BANK TRUST, N.A.**, | |
| Defendants, | |

Based on the Court's Opinion and Order, **IT IS ADJUDGED** that Defendants' Motion to Dismiss, ECF 15, is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.

DATED this 3rd day of September, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge