Leonard D. DuBoff, OSB #774378
E-mail: lduboff@dubofflaw.com
Edward T. Fu, OSB #113899
E-mail: efu@dubofflaw.com
THE DUBOFF LAW GROUP, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: 503.968.8111
Facsimile: 503.968.7228
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK MOORE, an individual<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; WF VICTORIA GRANTOR TRUST 2016-3; WATERFALL ASSET MANAGEMENT, LLC; U.S. BANK TRUST, N.A.<br><br>Defendants. | Case No. 3:20-cv-01962-IM<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Plaintiff Mark Moore appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment filed in this case and entered on September 3, 2021, in the district court. [Docket 28.] Pursuant to Ninth Circuit Rule 3-2, a Representation Statement is attached to this notice as Attachment 1.

NOTICE OF APPEAL – Page 1

The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone (503) 968-8111
Facsimile (503) 968-7228

DATED this 30th day of September 2021.   **THE DUBOFF LAW GROUP, PC**

/s/ Leonard DuBoff
Leonard D. DuBoff, OSB # 774378
lduboff@dubofflaw.com
Edward T. Fu, OSB #113899
efu@dubofflaw.com
The DuBoff Law Group, PC
6655 SW Hampton St., Suite 200
Portland, OR 97223-8357
t: 503-968-8111
f: 503-968-7228
Attorneys for Plaintiff

NOTICE OF APPEAL – Page 2

The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone (503) 968-8111
Facsimile (503) 968-7228

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☐ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*