|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 3 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARK MOORE,

    Plaintiff-Appellant,

 v.

SPECIALIZED LOAN SERVICING, LLC; et al.,

    Defendants-Appellees.

No. 21-35822

D.C. No. 3:20-cv-01962-IM
District of Oregon,
Portland

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/1.31.22/Pro Mo